AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reavley, Thomas M. | U.S. Court of Appeals Fifty Circuit | 3/24/04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ___ Nomination, Date _____ <br> ___ Initial  XX Annual  ___ Final | 1/1/03 – 12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 903 San Jacinto Blvd., #434 <br> Austin, TX 78701-2450 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 2003 | State of Texas, Judicial Retirement | $ 45,293.09 |
| | | $ |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | NONE (No reportable liabilities.) | | |
| | Prudential Insurance Co. | Policy Loan | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 People's Bank (CD) | D | Int. | N | T | | | | | |
| 2 Royalty, Pecos County, TX | A | Roy. | J | W | | | | | |
| 3 Minerals, Shelby County TX Parcel #1 | D | Roy. | K | W | | | | | |
| 4 Chase Bank, Deposit | A | Int. | L | T | | | | | |
| 5 Fee land, Llano County, TX | none | | K | W | | | | | |
| 6 | | | | | | | | | |
| 7 Bank One (Deposit) | A | Int. | K | T | | | | | |
| 8 Minerals, Nacogdoches County, TX Parcel #1 | D | Roy. | L | W | gift | 3/30 | 0 | | See VIII |
| 9 | | | | | | | | | |
| 10 Minerals, Panola County, TX Parcel #1 | B | Roy. | K | W | | | | | |
| 11 Minerals, Panola County, TX Parcel #2 | A | Roy. | K | W | | | | | |
| 12 Mineralis, Nacogdoches County, TX Parcel #2 | F | Roy. | M | W | | | | | |
| 13 | | | | | | | | | |
| 14 Minerals, Nacogdoches County, TX Parcel #2 | none | | J | W | | | | | |
| 15 | | | | | | | | | |
| 16 Minerals, Shelby County, TX Parcel #2 | A | Roy. | J | W | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 P4=More than $50,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Asset | Income Amt. | Income Type | Value | Value Method | Transactions during period Type | Date | Value Code | Gain Code | Buyer/Seller |
|---|---|---|---|---|---|---|---|---|---|
| 18 Minerals, Nacogdoches, TX Parcel #4 | | None | J | W | | | | | |
| 19 Minerals, Nacogdoches, TX Parcel #5 | | None | J | W | | | | | |
| 20 Minerals, Nacogdoches, TX Parcel #6 | A | Roy. | J | W | | | | | |
| 21 Minerals, Nacogdoches TX Parcel #7 | | None | J | W | | | | | |
| 22 Minerals, Nacogdoches TX Parcel #8 | D | Roy. | K | W | | | | | |
| 23 Minerals, Nacogdoches TX Parcel #9 | A | Roy. | J | W | | | | | |
| 24 Minerals, Nacogdoches TX Parcel #10 | A | Roy. | J | W | | | | | |
| 25 Minerals, Wood County, TX | | None | J | W | | | | | |
| 26 Minerals, Panola County, TX Parcel #3 | C | Roy. | J | W | | | | | |
| 27 Minerals, Shelby County, TX Parcel #3 | | None | J | W | | | | | |
| 28 | | | | | | | | | |
| 29 Industrial Credit Union Bellingham, WA (Deposit) | A | Int. | K | T | | | | | |
| 30 Key Bank Bellingham, WA (Deposit) | | none | J | T | closed | 1/1 | J | | a/c closed |
| 31 Prudential Ins. Co. | A | Div.& Int. | | | sale | 12/20 | J | D | stock sold |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Item 8, Part VII minerals given to

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████

Date  3/24/04

NOTE: A█████████████████████ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544